### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL S. GRIFFIS,**
**ADC # 134561**                                                                                                              **PLAINTIFF**

**v.**                            **CASE NO. 5:10CV00242BSM/JTK**

**RAY HOBBS et al.**                                                                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order entered in this matter on this date, it is CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted and that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). The relief sought is denied.

It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 5th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE